# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| NANCY H. MILLS          v.          UNITED STATES OF AMERICA | CIVIL ACTION  NO. 18-4034 |
|---|---|

## ORDER

**AND NOW,** this 19th day of September, 2019, upon consideration of Defendant United States of America's Motion for Summary Judgment (ECF 15), the Response thereto (ECF 16), the Reply (ECF 18) and further Response (ECF 19), and for the reasons laid out in the accompanying Memorandum, it is hereby ORDERED that Defendant's Motion for Summary Judgement is DENIED.

It is FURTHER ORDERED that pursuant to the Stipulation entered on June 24, 2019, an arbitration hearing should be scheduled.

**BY THIS COURT:**

**/s/ Michael M. Baylson**
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 18\18-4034 Mills v United States\18cv4034 MSJ Order.docx